# MAY, 1925.

### WILL McDOWELL v. THE STATE.

No. 8891.  Delivered May 20, 1925.

**Manufacturing Intoxicating Liquor—Bills of Exception—Filed too Late—Not Considered.**

There is but one bill of exception in this record, which cannot be considered because not filed within the time permitted by law.  No errors appearing in the court's charge and the evidence being sufficient to support the conviction, the cause is affirmed.

Appeal from the Criminal District Court of Travis County. Tried below before the Hon. Jas. R. Hamilton, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

BERRY, JUDGE.—Appellant was convicted in the district court of Travis County for unlawfully manufacturing intoxicating liquor and his punishment assessed at confinement in the penitentiary for one year.

There is but one bill of exception in the record and same cannot be considered for the following reason:

Appellant's motion for a new trial was overruled on March 26th, from which date appellant was allowed eighty days in which to file his bill of exceptions and statement of facts.  This time expired on June 15th, 1924, and the bill of exceptions was not filed until June 16th, 1924, or one day after the time allowed for filing same had expired.

· There are no exceptions to the charge of the court and nothing raised in the record that ·we would be warranted in considering, and the facts being sufficient to support the judgment, it is our opinion that the same should in all things be affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of ·the Court of Criminal Appeals and approved by the Court.